UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :    **INDICTMENT**

    - v. -                    :    22 Cr.

ROBERT ALCANTARA,               :

           Defendant.          :

                           **22 CRIM 152**

- - - - - - - - - - - - - - - - x

**COUNT ONE**
**(Conspiracy to Traffic Firearms)**

The Grand Jury charges:

1. From at least in or about December 2017 up to and including in or about January 2022, in the Southern District of New York and elsewhere, ROBERT ALCANTARA, the defendant, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit offenses against the United States, to wit, trafficking in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

2. It was a part and an object of the conspiracy that ROBERT ALCANTARA, the defendant, and others known and unknown, not being licensed importers, licensed manufacturers, and licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, would and did willfully and knowingly engage in the

business of importing, manufacturing, and dealing in firearms, and in the course of such business would and did ship, transport, and receive firearms in interstate and foreign commerce, in violation of Title 18, United States Code Section 922(a)(1)(A).

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal objects thereof, ROBERT ALCANTARA, the defendant, together with others known and unknown, committed the following overt act, among others, in the Southern District of New York and elsewhere:

a. On or about November 20, 2021, ALCANTARA purchased parts for 45 firearms for resale and then transported those parts from Pennsylvania through the Bronx, New York.

(Title 18, United States Code, Section 371.)

**COUNT TWO**
**(Firearms Trafficking)**

The Grand Jury further charges:

4. From at least in or about December 2017 up to and including in or about January 2022, in the Southern District of New York and elsewhere, ROBERT ALCANTARA, the defendant, not being a licensed imported, licensed manufacturer, and licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully and knowingly engage in the business of importing, manufacturing, and dealing in firearms, and in the course of such business did ship, transport, and receive firearms

2

in interstate and foreign commerce, and aided and abetted the same, and, with the intent to engage in conduct that constitutes a violation of Section 922(a)(1)(A), traveled from any State and foreign country into any other state and acquired, and attempted to acquire, a firearm in such other State in furtherance of such purpose, to wit, ALCANTARA (1) traveled from Rhode Island to Pennsylvania to acquire firearms, and (2) transported firearms to places such as the Dominican Republic for the purpose of illegally reselling the firearms.

(Title 18, United States Code, Sections 922(a)(1)(A), 924(n), and 2.)

## COUNT THREE
(Conspiracy to Launder Money)

The Grand Jury further charges:

5. From at least in or about December 2017 up to and including in or about January 2022, in the Southern District of New York and elsewhere, ROBERT ALCANTARA, the defendant, and others known and unknown, intentionally and knowingly, did combine, conspire, confederate and agree together and with each other to commit money laundering, in violation of Title 18, United States Code, Section 1956(a)(2)(A).

6. It was a part and an object of the conspiracy that ROBERT ALCANTARA, the defendant, and others known and unknown, in an offense involving and affecting interstate and foreign commerce,

3

would and did transport, transmit, and transfer, and attempt to transport, transmit, and transfer, a monetary instrument and funds from a place in the United States to or through a place outside the United States, and to a place in the United States from and through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, to wit the firearms trafficking offenses charged in Counts One and Two of this Indictment, in violation of Title 18, United States Code, Section 1956(a)(2)(A).

(Title 18, United States Code, Section 1956(h))

## COUNT FOUR
**(False Statements)**

The Grand Jury further charges:

7. On or about November 20, 2021, in the Southern District of New York and elsewhere, ROBERT ALCANTARA, the defendant, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations, to wit, during an interview with a Special Agent from the Bureau of Alcohol, Tobacco, Firearms, and Explosives, ALCANTARA falsely stated, in substance and in part, that (i) he had never sold or transferred ownership of a firearm to any other individual and (ii) he had never transported a firearm to the Dominican Republic, when in truth and in fact, ALCANTARA knew that

4

he had sold or transferred ownership of firearms before, and had transported firearms to the Dominican Republic.

(Title 18, United States Code, Section 1001 and 2)

**FORFEITURE ALLEGATIONS**

8. As a result of committing the offenses alleged in Counts One and Two of this Indictment, ROBERT ALCANTARA, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 924(d)(1) and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense, and any and all firearms, firearm parts, and ammunition involved in, or used in, or intended to be used in, said offense, including but not limited to:

a. 45 Polymer 80 lower receivers, 46 fully assembled upper receivers, 46 Patmos 19 trigger kits, and one Polymer 80 stabilizer kit for P80 pistols.

9. As a result of committing the offense alleged in Count Three of this Indictment, ROBERT ALCANTARA, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real or personal,

5

involved in said offense, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in said offense.

**Substitute Assets Provision**

10. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 981, 982, and 924(d);
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

v.

**ROBERT ALCANTARA,**

Defendant.

**INDICTMENT**

22 Cr.

(18 U.S.C. §§ 371, 922(a)(1)(A), 924(n) 1956(h), 1001, and 2.)

DAMIAN WILLIAMS
United States Attorney

_____
Foreperson

INDICTMENT FILED
3/8/22
USMJ SARAH NETBURN
Judge
Vincent A. Broderick