

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 30, 2022

**BY ECF**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: *United States v. Alcantara*, 22 Cr. 152 (VSB)

Dear Judge Broderick:

      The parties write jointly to seek a 60-day adjournment of the status conference currently scheduled for July 13, 2022, because the parties are continuing to productively discuss a pretrial resolution in this case.

      The Government also respectfully requests that time be excluded under the Speedy Trial Act between July 13 and the date of the next conference. An exclusion of time under the Speedy Trial Act is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will enable the defendant to review discovery and the parties to discuss a pre-trial resolution. 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to the exclusion of time.

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

by: */s/ Kevin Mead*
    Kevin Mead
    Assistant United States Attorney
    (212) 637-2211

---

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J.  07/01/22

The status conference scheduled for July 13, 2022 is hereby adjourned to September 12, 2022 at 3:30 p.m. The adjournment is necessary to permit the defendant to review discovery and to permit the parties to discuss a pretrial resolution of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between July 13, 2022 and September 12, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.