UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                   -against-                             22-CR-152 (VSB)

    ROBERT ALCANTARA,                               **ORDER**

                                Defendant.
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

        The parties' hearing presently scheduled for 2:00pm Friday, March 3, 2023, shall now take place at 10:30am in Courtroom 24B at 500 Pearl Street New York, NY 10007.

SO ORDERED.

Dated:  February 27, 2023
         New York, New York

                                                           Vernon S. Broderick
                                                            United States District Judge