**LAW OFFICES OF ANA M. DAVIDE**
420 South Dixie Hwy., Suite 4B
Coral Gabl
www.anada
Office: 30
Fax: 305
Email: ana@ar

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J.  5/17/23
>
> The hearing previously scheduled for June 7, 2023 is hereby adjourned to June 14, 2023 at 11:00 a.m.

May 16, 2023

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Robert Alcantara
Case No. 1:22-CR-00152-VSB-1

Dear Judge Broderick:

On March 27, 2023, this Honorable Court scheduled the hearing on Defendant's motions to suppress for June 7, 2023 at 11:00 a.m.

The undersigned counsel has a pre-planned family event that unfortunately conflicts with the scheduled hearing date, and respectfully requests that the Court reschedule said hearing for a date seven (7) days after the presently scheduled June 7th date, or to whatever date proximate thereto that is in accord with this Court's calendar.

I have conferred with A.U.S.A. Kevin Bowmar Mead, who has stated that the Government does not oppose the relief requested herein.

This motion is filed in the utmost of good faith and in the interest of justice, and is not the result of a lack of due diligence.

I thank the Court for its consideration in this regard and apologize if this request has caused any inconvenience for the Court.

        Respectfully submitted,

        ANA M. DAVIDE
        (Florida Bar No. 875996)
        ANA M. DAVIDE, P.A.
        420 South Dixie Highway, Suite 4B
        Coral Gables, Florida 33146
        Telephone: (305)854-6100
        Fax: (305) 854-6197
        E-mail: ana@anadavidelaw.com
        (Counsel for Def., *Robert Alcantara*.)

        ***/s/ Ana M. Davide***
           Ana M. Davide, Esq.

cc: (by ECF): All counsel of record.