UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

              -against-                             22-CR-152 (VSB)

    ROBERT ALCANTARA,                                **ORDER**

                             Defendant.
------------------------------------------------------------X

**VERNON S. BRODERICK, United States District Judge:**

       Before me is the Government's motion seeking to adjourn the suppression hearing currently scheduled for June 14, 2023.  (Doc. 42.)  An Opinion & Order will be issued shortly concerning the pending defense motions.  The Government's request is GRANTED and the June 14, 2023 suppression hearing is adjourned *sine die*.

SO ORDERED.

Dated:  June 6, 2023
           New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge