UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                         :
UNITED STATES,                                :

                - against -                :           22-CR-152 (VSB)
                                                  :              <u>**ORDER**</u>
ROBERT ALCANTARA,            :

                     Defendant.    :
--------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       A change of plea hearing in this matter is set for August 2, 2023, at 11:00 a.m. in courtroom 518 of the Thurgood Marshall Courthouse at 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated: July 18, 2023
       New York, New York

                                                                     Vernon S. Broderick
                                                                    United States District Judge