UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
                Plaintiff, :
:     22-CR-152-1 (VSB)
       -against- :
:     **ORDER**
ROBERT ALCANTARA, :
:
                Defendant. :
:
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

        I am in receipt of Defendant Robert Alcantara's motion for compassionate release, which was filed on November 21, 2024. (Doc. 59.) To date, I have not received the Government's response to Defendant's motion.

        If the Government does not submit an opposition to Defendant's motion by December 23, 2024, I will consider the motion for compassionate release unopposed, and will decide the motion without the benefit of the Government's opposition. If the Government files the opposition brief on or before December 23, 2024, then Defendant's reply brief is due on or before January 27, 2025.

        The Clerk of Court is respectfully directed to a mail a copy of this Order to the pro se Defendant.

SO ORDERED.

Dated:   December 18, 2024
           New York, New York

                                                        VERNON S. BRODERICK
                                                        United States District Judge